

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00690-CV

**IN RE ESTATE OF** Alvilda M. **AGUILAR**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is ORDERED that appellees Margaret Morales and Jesus Morales recover their costs of this appeal from appellants Anthony C. Aguilar and Michael A. Aguilar.

SIGNED June 4, 2014.

Marialyn Barnard, Justice